UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ, individually, and on behalf of all others similarly situated,

                Plaintiff,

-against-

PARADE, INC.,

                Defendant.

**ORDER**

21 Civ. 10039 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint in this Americans with Disabilities Act case was filed on November 24, 2021. (Cmplt. (Dkt. No. 1)) On November 30, 2021, this case was referred to Magistrate Judge James L. Cott for general pretrial supervision. (Dkt. No. 5) Defendant Parade, Inc. was served on January 6, 2022. (Aff. of Service (Dkt. No. 7)) To date, no answer has been filed and no appearance has been entered for Defendant Parade, Inc.

        Accordingly, Plaintiff will move for a default judgment by **March 16, 2022** in accordance with Rule VIII of this Court's individual rules of practice, which are available on the Court's website. If Plaintiff does not move for a default judgment by **March 16, 2022**, this case will be dismissed for failure to prosecute.

Dated: New York, New York
       March 2, 2022

                                      SO ORDERED.

                                      Paul G. Gardephe
                                      United States District Judge